**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 133 WAL 2022
                                    :
          Respondent           :
                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court
          v.                      :
                                    :
                                    :
BERNARD JERRY,                   :
                                    :
          Petitioner            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.